1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 12th St. – Suite 650
   Oakland, CA 94607-3627
4  Tel. 510-637-3500

5  Counsel for Defendant MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 98-40066 DLJ |
|---|---|---|
| | ) | STIPULATION FOR CONTINUANCE AND ORDER |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JOHN MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the STATUS ON REVOCATION HEARING date of November 7, scheduled at 9:00 a.m., before the Honorable D. Lowell Jensen, be vacated and reset on December 19, 2008 at 9:00 a.m.

This continuance is necessary to allow because the allegations in the Form 12 petition against Mr. Miller are based on an Alameda County arrest that is currently the subject of an on-going case in Alameda County Superior Court. Mr. Miller is next scheduled to appear in Alameda County Superior Court on December 8, 2008. The parties agree that the resolution of that Alameda County

*United States v. Miller,* CR 98-40066 DLJ
STIPULATION AND [PROPOSED] ORDER         - 1 -

case may impact the supervised release proceedings in the above-captioned matter, and that judicial economy would best be served by having the parties appear in the above-captioned matter after Mr. Miller has appeared in Alameda County Superior Court.

No exclusion of time is necessary, given that this is a violation of supervised release action.

The Probation Office is agreeable to the date of December 19, 2008.

DATED: October 16, 2008                                         /s/
                                                    _____
                                                    CHINHAYI COLEMAN
                                                    Assistant United States Attorney

DATED: October 16, 2008                                         /s/
                                                    _____
                                                    COLLEEN MARTIN
                                                    Assistant Federal Public Defender
                                                    Counsel for John Miller

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference date in this case, currently scheduled for November 7, 2008, at 9:00 a.m. may be continued to December 19, 2008, at 9:00 a.m. for status.

SO ORDERED.

DATED:    October 16, 2008                          _____
                                                    HONORABLE D. LOWELL JENSEN
                                                    United States District Judge

*United States v. Miller,* CR 98-40066 DLJ
STIPULATION AND [PROPOSED] ORDER              - 2 -